IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

USDC CASE NO.: _____

TWC ACQUA LIMITED,

    Plaintiff,

vs.

RFIB GROUP LIMITED SUBSCRIBING TO POLICY
NO. B0750RMAMY1707886

    Defendant,
_____/

## COMPLAINT

COMES NOW the Plaintiff TWC ACQUA LIMITED, (hereinafter "Plaintiff"), by and through undersigned counsel, and files this Complaint against RFIB GROUP LIMITED SUBSCRIBING TO POLICY NO. B0750RMAMY1707886, (hereinafter "Defendant") for breach of a marine insurance contract and states as follows:

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears. Jurisdiction arises under 28 U. S. C. 1333 and this is an admiralty and maritime claim within the meaning of Rule 9(h) under Federal Rules of Civil Procedure and Rule F of the Supplemental Rules for Certain Admiralty and Maritime claims.

2. At all times material to this claim, Plaintiff, TWC ACQUA LIMITED, is and was an –St Vincent Corporation with its principal place of business located in Broward County, Florida and the assured under the Defendants insurance policy.

3. At all times material to this suit, RFIB GROUP LIMITED SUBSCRIBING TO POLICY NO. B0750RMAMY1707886, (hereinafter "Defendant") is and was a foreign insurance company doing business in the State of Florida and in Broward County.

4. At all times material to this suit, ACQUA entered into a contract with Defendant for marine insurance to insure the 2006 116-foot Broward Motor Yacht, the M/Y "Acqua," (herein after the "Vessel") and paid the premiums in accordance with the policy. (See Exhibit 1 to the Complaint)

5. Plaintiff as insured and entered into a contract with Defendant for marine insurance to insure the M/Y "Acqua," (herein after the "Vessel") and paid the premiums in accordance with the policy. (See Exhibit 1 to the Complaint.) Plaintiff had a policy of marine insurance, policy No. B0750RMAMY1707886, in full force and effect from March 4, 2017, to March 3, 2018.

6. On or about the first week of June, 2017, during the coverage period, Plaintiff's Vessel suffered damages from heavy rains which caused water to enter into the vessel and caused substantial damage to the interior of the Vessel and leaks while at dock in the waters of Fort Lauderdale, Broward County Florida.

7. Plaintiff reported the damages that occurred to the Vessel to its insurance agents, and the Defendant insurer.

8. ACQUA has made a claim to the Defendant insurer for the losses and damages to the Vessel.

## Count I -Breach of Contact

Plaintiff re-alleges and re-affirms Paragraphs 1 - 8 and as if fully stated herein and states as follows:

9. Plaintiff as insured and entered into a contract with Defendant for marine insurance to insure the M/Y "Acqua," (herein after the "Vessel") and paid the premiums in accordance with the policy. (See Exhibit 1 to the Complaint.) Plaintiff had a policy of marine insurance, policy No. B0750RMAMY1707886, in full force and effect from March 4, 2017, to March 3, 2018.

10. On or about the first week of June, 2017, during the coverage period, Plaintiff's Vessel suffered damages from heavy rains which caused water to enter into the vessel and caused substantial damage to the interior of the Vessel and leaks while at dock in the waters of Fort Lauderdale, Broward County Florida.

11. Plaintiff reported the damages that occurred to the Vessel to its insurance agents, and the Defendant insurer.

12. ACQUA has made a claim to the Defendant insurer for the losses and damages to the Vessel.

13. That Plaintiff had satisfied the policy requirements by notifying the insurers of the incident and the claims in a timely manner and it has requested Defendant to indemnify it for the losses and damages to the vessel.

14. The Plaintiff has fully co-operated with the Defendant insurer and allowed a full investigation of a matter and has satisfied all of the policy requirements.

15. The Defendant insurer breached its contract of insurance under the policy of marine insurance by failing to fully investigate and respond to the Plaintiff for the losses and damages to the vessel.

16. The Defendant insurer breached its contract of insurance under the policy of marine insurance by failing to indemnify the Plaintiff for the losses and damages to the vessel.

17. As a result of the Defendant's breach of contract, the Plaintiff ACQUA has suffered damages.

18. As a result of the Defendant's breach of contract, and failure to investigate and respond, the Defendants delay in response resulted in substantial damages to the vessel and the Plaintiff ACQUA has suffered damages.

19. The Plaintiff has filed this Complaint in response to the Defendant's failure to respond and indemnify the Plaintiff in accordance with the policy of insurance. (Exhibit A.)

20. The Plaintiff continues to suffer damages as a result of the Defendant's failure to indemnify it under the policy of insurance.

WHEREFORE, the Plaintiff TWC ACQUA LIMITED, respectfully requests this Court to issue a judgment:

1. Finding that the Defendant has breached its policy of insurance to the Plaintiff;

2. Awarding damages to the Plaintiffs in an amount in excess of $75,000; and

3. Awarding costs, pre-judgment interest, attorney's fees and such other relief as this Court may deem just and proper.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF this 9th day of May, 2022, to all persons of record.

        Respectfully submitted,

        KARCHER, CANNING & KARCHER
        Attorneys for Plaintiff
        760 N.E. 7th Avenue
        Dania Beach, FL 33004
        Tel:   954/929-7800
        Fax :  954/929-7799
        E-mail:  mrk@ukandk.com

        By:   /s/ *Michael R. Karcher*
            MICHAEL R. KARCHER
            FLORIDA BAR NO. 516287

## **VERIFICATION OF COMPLAINT**

"I, Andrew Deme, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and state that:

1. I was at all times a director for TWC ACQUA LIMITED, the Plaintiff in the Complaint herein.

2. I have read the foregoing Complaint and know the contents thereof, and that the same are true to the best of my knowledge, information and belief.

_____
Andrew Deme, Director

Sworn to this ___4th___ day of ___May___, 2022.